**Order entered March 19, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00236-CV

**TERRI J. VAUGHN-RILEY, Appellant**

**V.**

**LAWAINNA PATTERSON, GID PORTER, PORTERHOUSE PRODUCTION, LLC AND GAP MARKETING GROUP, LLC, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-16947**

## ORDER

Before the Court is Court Reporter Terri Etekochay's request for an extension of time to file the reporter's record. We **GRANT** Ms. Etekochay's request and **ORDER** the reporter's record received on March 17, 2020, filed as of the date of this order.

/s/ ROBERT D. BURNS, III
CHIEF JUSTICE